**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH AND CHRISTINE WILEY, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.,<br><br>Defendant. | Case No. 5: 25-CV-03095-PCP<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Hon. P. Casey Pitts |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss (ECF No. 23), Plaintiffs respectfully submit for the Court's review a recent decision from the Northern District of California, which is relevant to Plaintiffs' Opposition and was published after the Opposition was filed with the Court: *Gabrielli v. Motorola Mobility LLC*, No. 24-cv-09533-JST (N.D. Cal. July 14, 2025). A copy of that decision is attached hereto as Exhibit A.

Dated: July 21, 2025

**GUTRIDE SAFIER LLP**

*/s/Anthony J. Patek*

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*