**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859

**BAKER & HOSTETLER LLP**
Victoria L. Weatherford (SBN 267499)
*vweatherford@bakerlaw.com*
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601

Attorneys for Defendant
UNIVERSAL MUSIC GROUP, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and CHRISTINE WILEY, individually, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

UNIVERSAL MUSIC GROUP, INC.,

Defendant.

CASE NO.: 5:25-cv-03095-PCP

[*Assigned to Hon. Casey Pitts*]

**DEFENDANT UNIVERSAL MUSIC GROUP, INC.'S STATEMENT OF RECENT DECISION**

**Date**: September 23, 2025
**Time**: 2:00 p.m.
**Dept.**: Courtroom 8, 4th Floor

**Action Filed:** April 4, 2025

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Universal Music Group, Inc. ("Defendant") respectfully submits the following recent decision in support of its Motion to Dismiss and/or Strike Plaintiffs' Class Action Complaint [Dkt. No. 21]:

- An opinion from the United States Court of Appeals for the Ninth Circuit in *Popa v. Microsoft Corp.*, No. 24-14, 2025 WL 2448824 (9th Cir. Aug. 26, 2025), attached hereto as **Exhibit A**.

Dated: September 17, 2025 **BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Victoria L. Weatherford
Kamran B. Ahmadian

*Attorneys for Defendant*
UNIVERSAL MUSIC GROUP, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES