**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
Jaein Cho (SBN 360090)
*jcho@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859

**BAKER & HOSTETLER LLP**
Victoria L. Weatherford (SBN 267499)
vweatherford@bakerlaw.com
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601

*Attorneys for Defendant*
UNIVERSAL MUSIC GROUP, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and CHRISTINE WILEY, individually, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

UNIVERSAL MUSIC GROUP, INC.

Defendant.

CASE No.: 5:25-cv-03095-PCP

[*Assigned to Hon. Casey Pitts*]

**DEFENDANT UNIVERSAL MUSIC GROUP, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN USPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

*[Concurrently Filed with Reply in Support of Motion to Dismiss]*

**Date**: April 23, 2026
**Time**: 10:00 a.m.
**Dept.**: Courtroom 8, 4th Floor

**Action Filed:** April 4, 2025
**FAC Filed:** January 14, 2026

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201 and in connection with the concurrently filed Motion to Dismiss, Defendant Universal Music Group, Inc.[1] ("UMG") by and through its undersigned counsel, will, and hereby does, respectfully request that the Court take judicial notice of the following materials in connection with UMG's Reply in support of Motion to Dismiss the First Amended Class Action Complaint ("FAC") filed by Plaintiffs Vishal Shah and Christine Wiley (collectively, "Plaintiffs"):

1. California Regular Session, Assembly Public Safety Committee Meeting, Tuesday July 1, 2025, herein recorded: https://www.assembly.ca.gov/media/assembly-public-safety-committee-20250701 (last visited March 17, 2026), and attached as **Exhibit A** hereto is a true and correct copy of excerpts from the transcript of the Assembly Public Safety Committee Meeting, Tuesday, July 1, 2025, obtained from https://calmatters.digitaldemocracy.org/hearings/259504, on March 19, 2025. UMG is unaware of any factual dispute as to the authenticity of this document, which is publicly available. *See* Fed. R. Evid. 201(b).

## I. ARGUMENT

Federal Rule of Evidence 201(b) provides that a judicially noticed fact must be one "not subject to reasonable dispute" because it is either (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be readily questioned. Fed. R. Evid. 201(b). Accordingly, a court "may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Evo Brands, LLC v. Al Khalifa Grp. LLC*, 657 F. Supp. 3d 1312, 1321 (C.D. Cal. 2023) (citing Fed. R. Evid. 201). Courts have also shown willingness to take judicial notice of legislative history materials. *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) ("Legislative history is properly a subject of judicial notice."); *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1222, 1241 (N.D. Cal. 2014) (Koh, J.) ("Proper subjects of judicial notice when ruling on a motion to dismiss include legislative history reports"). Therefore, judicial notice

[1] As stated in its Motion to Dismiss, Universal Music Group, Inc. is not the proper party to this lawsuit. The proper UMG entity is Universal Music Investments, Inc.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

of **Exhibit A** is proper as each document is a public legislative record whose authenticity is not subject to reasonable dispute. Fed. R. Evid. 201(b)(2).

## II. CONCLUSION

For the foregoing reasons, UMG respectfully requests that the Court take judicial notice of **Exhibit A** attached to this request for judicial notice.

Dated: March 20, 2026

Respectfully submitted,
**BAKER & HOSTETLER LLP**

By: */s/ Victoria L. Weatherford*
Bethany G. Lukitsch
Victoria L. Weatherford
Kamran B. Ahmadian
Jaein Cho

*Attorneys for Defendant*
UNIVERSAL MUSIC GROUP, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES