**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for PLAINTIFF

**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
11601 Wilshire Boulevard, Ste. 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
*blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

**BAKER & HOSTETLER LLP**
Victoria L. Weatherford (SBN 267499)
*vweatherford@bakerlaw.com*
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601

Attorneys for Defendant
UNIVERSAL MUSIC GROUP, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and CHRISTINE WILEY, individually, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

UNIVERSAL MUSIC GROUP, INC.,

Defendant.

CASE NO.: 5:25-CV-03095-PCP

**JOINT STIPULATION TO EXTEND DEADLINE FOR MOTION TO DISMISS BRIEFING AND ~~[PROPOSED~~**

| | |
|---|---|
| Hearing Date: | April 23, 2026 |
| Time: | 10:00 a.m. |
| Judge: | Hon. P. Casey Pitts |
| Courtroom: | Courtroom 8, 4th Floor<br>San Jose Courthouse<br>280 South First Street, 4th Fl.<br>San Jose, CA 95113 |

**TO THE HONORABLE P. CASEY PITTS AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Fed. R. Civ. P. 6 and this Court's L.R. 6-1(a), Plaintiffs VISHAL SHAH and CHRISTINE WILEY ("Plaintiffs") and Defendant UNIVERSAL MUSIC GROUP, INC. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby enter into the instant stipulation, subject to Court approval, to extend the deadlines for the Response and Reply for Defendant's Motion to Dismiss the Amended Class Action Complaint and Motion to Strike (the "Stipulation"). The Parties file this Stipulation based on the following facts:

WHEREAS, Plaintiffs filed an Amended Class Action Complaint ("Amended CAC") on January 14, 2026 [Dkt. No. 42];

WHEREAS, on January 26, 2026, the Parties filed a Proposed Joint Stipulation to Extend the Deadlines for Defendant's responsive pleading to the Amended CAC to February 13, 2026 [Dkt. No. 45], which the Court granted [Dkt. No. 46];

WHEREAS, on February 12, 2026, the Parties filed a Joint Proposed Schedule for this case [Dkt. No. 47];

WHEREAS, on February 13, 2026, Defendant filed a Motion to Dismiss Plaintiff's Amended CAC and Motion to Strike which seeks dismissal of Plaintiffs' Amended CAC in its entirety with prejudice ("Motion to Dismiss") [Dkt. No. 48];

WHEREAS, the scheduled deadline for Plaintiffs' Response is currently due February 27, 2026;

WHEREAS, Plaintiff currently has a multiple pleading deadlines this week, including a Response brief in another motion due the same date of February 27, 2026;

WHEREAS, the Parties agree that a short extension of the filing deadline for Plaintiffs' Response brief and Defendant's Reply brief for the pending Motion to Dismiss Plaintiffs' Amended CAC and Motion to Strike will not affect the hearing date for the motion, and will not significantly affect or delay the case schedule;

NOW THEREFORE, subject to the Court's approval, and for good cause shown, the Parties jointly stipulate and agree as follows:

1. Plaintiffs' Response to Defendant's Motion to Dismiss the Amended Class Action Complaint and Motion to Strike shall be filed no later than March 6, 2026; and
2. Defendant's Reply in support of its Motion to Dismiss the Amended Class Action Complaint and Motion to Strike shall be filed no later than March 20, 2026.

No other deadlines are affected by this Order.

**IT IS SO STIPULATED.**

Dated: February 25, 2026

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Kamran B. Ahmadian

*Attorneys for Defendant*
UNIVERSAL MUSIC GROUP, INC.

Dated: February 25, 2026

**GUTRIDE SAFIER LLP**

By: *s/ Anthony J. Patek*
Anthony J. Patek
Seth A. Safier
Marie A. McCrary
Todd Kennedy
Kali R. Backer

*Attorneys for Plaintiffs*

**~~[Proposed]~~ Order**

Having considered the stipulation submitted, and finding good cause, the Court hereby orders the above.

Hon. P. Casey Pitts

**ATTESTATION**

I, Anthony J. Patek, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 25, 2026

/s/ *Anthony J. Patek*
Anthony J. Patek