BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and CHRISTINE WILEY, individually, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

UNIVERSAL MUSIC GROUP, INC.,

Defendant.

CASE NO.: 5:25-CV-03095-PCP

[*Assigned to Hon. P. Casey Pitts*]

**~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION TO SUBSTITUTE DEFENDANT**

## ~~[PROPOSED]~~ ORDER

The Court, having reviewed and considered the Stipulation to Substitute Defendant filed by Plaintiffs VISHAL SHAH and CHRISTINE WILEY ("Plaintiffs") and Defendant UNIVERSAL MUSIC GROUP, INC. ("Defendant") (collectively, the "Parties"), and finding good cause therein, hereby **ORDERS** as follows:

1. The Parties' Stipulation **GRANTED**; and
2. UMI is hereby substituted for the current named UMG as Defendant in this action;
3. The instant action is deemed filed against UMI as of the date this Stipulation is fully executed and all pleadings after this date will be attributed to UMI and will be treated as though made against UMI, if filed by Plaintiffs, or by UMI if filed by UMG;
4. The pending Motion to Dismiss Plaintiffs' Amended Class Action Complaint shall not be mooted by the filing of this Stipulation. The decision on that Motion shall be deemed to apply to UMI, as substituted for the current named UMG Defendant;
5. Discovery requests and responses served prior to this stipulation will be deemed made on or by the named party (e.g., UMG, not UMI), and new discovery will be served on or by UMI moving forward;
6. UMG is dismissed from this action without prejudice; and
7. The caption of the above-named case will be corrected accordingly moving forward to replace UMG with UMI.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June 11, 2026

Honorable P. Casey Pitts
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES